IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARK DAVID JOHNSON**                                                                                  **PETITIONER**

v.                                  Case No. 5:18-cv-00235 KGB/PSH

**WENDY KELLEY, Director of the**
**Arkansas Department of Correction**                                                                **RESPONDENT**

## ORDER

Before the Court are the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 34). Petitioner Mark David Johnson filed an objection to the Findings and Recommendation (Dkt. No. 39). After careful review of the Findings and Recommendation and Mr. Johnson's objections, as well as a *de novo* review of the record, the Court adopts the Findings and Recommendation as its findings in all respects (Dkt. No. 34). Mr. Johnson's objections simply restate assertions raised in his petition for writ of *habeas corpus*. The Court has adopted Judge Harris' analysis and reasoning as its own; the Court will not repeat that analysis with respect to Mr. Johnson's restated objections. For these reasons, the Court adopts the Findings and Recommendation as its findings in all respects (Dkt. No. 34).

It is therefore ordered that:

1. Mr. Johnson's petition for writ of *habeas corpus* is dismissed with prejudice, and all requested relief is denied.

2. A certificate of appealability is denied because the Court is not persuaded that Mr. Johnson can make a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

It is so ordered this 21st day of January, 2021.

                                                _____
                                                Kristine G. Baker
                                                United States District Judge