# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MARK DAVID JOHNSON**                                               **PETITIONER**

v.                    Case No. **5:18-cv-00235 KGB/PSH**

**WENDY KELLEY**, Director of the
Arkansas Department of Correction                        **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner Mark David Johnson's writ of *habeas corpus* is dismissed with prejudice. The relief requested is denied. The Court certifies, pursuant to 28 U.S.C. § 2253(c)(2), that a certificate of appealability is denied because the Court is not persuaded that Mr. Johnson can make a substantial showing of the denial of a constitutional right.

It is so adjudged this 21st day of January, 2021.

*[signature]*

Kristine G. Baker
United States District Judge